UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MARY WEST, on behalf of herself and all others similarly :
situated, :
  :
                        Plaintiffs, :         20-CV-3788 (JPC)
  :
     -v- :         NOTICE OF
  :         <u>REASSIGNMENT</u>
SOPHIA WEBSTER USA, LLC, :
  :
                        Defendant. :
  :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/09/2020__

JOHN P. CRONAN, United States District Judge:

      This case has been reassigned to the undersigned.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**.

      If this case has been settled or otherwise terminated, counsel are required to file a stipulation of discontinuance, voluntary dismissal, or other proof of termination on the docket using the appropriate ECF Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.19, *available at* http://nysd.uscourts.gov/ecf_filing.php.  In the event the Plaintiff intends to seek a default judgment, the plaintiff is directed to 3.F of the Court's Individual Rules and Practices in Civil Cases.

      It is further ORDERED that the parties shall submit a joint letter of no more than five pages by October 23, 2020 addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the basis for subject matter jurisdiction; (4) the prospect for settlement; and (5) a list of any prior settlement discussions.

SO ORDERED.

Dated: October 9, 2020
      New York, New York

                                              JOHN P. CRONAN
                                       United States District Judge