```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MARY WEST, on behalf of herself and all others similarly         :
situated,                                                        :
                                                                 :
                             Plaintiffs,                         :    20-CV-3788 (JPC)
                                                                 :
            -v-                                                  :    ORDER
                                                                 :
SOPHIA WEBSTER USA, LLC,                                         :
                                                                 :
                             Defendant.                          :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020

JOHN P. CRONAN, United States District Judge:

The Plaintiff filed the Complaint on May 15, 2020 (Dkt. 1). Defendant Sophia Webster USA, LLC was served with the Complaint on May 20, 2020 (Dkt. 5). To date, Defendant has neither appeared in this action nor answered the Complaint. It is hereby ORDERED that any motion for default judgment shall be filed, in accordance with the Court's Individual Rules and Practices for Civil Cases (available at https://www.nysd.uscourts.gov/hon-john-p-cronan), no later than November 17, 2020. Defendant shall file any opposition to the motion for default judgment no later than November 30, 2020.

It is further ORDERED that Plaintiff serve Defendant via overnight courier (1) with a copy of this Order within one business day of the date of this Order; and (2) with a copy of the motion for default judgment and all supporting papers within one business day of the date of any such motions. In each case, within two business days of service, Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: October 29, 2020                       _____
       New York, New York                          JOHN P. CRONAN
                                                   United States District Judge